IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-307-FDW-DCK

| | |
|---|---|
| BLAKE HONEYCUTT, and SARAH HONEYCUTT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| THE STANDARD FIRE INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Unopposed Motion To Stay" (Document No. 12) filed July 5, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having considered the motion and the record, and following consultation with Judge Whitney's chambers, the undersigned will respectfully <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Unopposed Motion To Stay" (Document No. 12) is **DENIED**.

**SO ORDERED**.

Signed: July 11, 2023

David C. Keesler
United States Magistrate Judge