UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00307-FDW-DCK

| | |
|---|---|
| BLAKE HONEYCUTT<br>SARAH HONEYCUTT,<br><br>   Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE<br>COMPANY,<br><br>   Defendant. | **ORDER** |

**THIS MATTER** is before the Court sua sponte concerning the status of this case. On May 23, 2024, the parties informed the Court they reached a settlement and were in the process of finalizing the terms of the settlement agreement. The parties requested 30 days to finalize all the terms of settlement. That time has long expired. The Court ORDERS the parties to file a stipulation of dismissal or status report updating the Court as to the status of this case no later than August 13, 2024. If the parties do not comply with this Order, the Court may dismiss the case without prejudice.

**IT IS SO ORDERED.**

Signed: July 30, 2024

_____
Frank D. Whitney
United States District Judge

1